UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYMAN BORHAN,<br><br>             Plaintiff,<br><br>      v.<br><br>MATTHEW CATE, et al.,<br><br>             Defendant. | 1:12-cv-01563-BAM (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 15) |

Plaintiff Payman Borhan ("Plaintiff"), a state prisoner, proceeded pro se in this civil rights action pursuant to 42 U.S.C. Section 1983.  On October 23, 2012, the Court granted Plaintiff leave to proceed in forma pauperis.  (ECF No. 6.)

On January 24, 2014, the Court screened Plaintiff's original complaint and dismissed it with leave to amend.  (ECF No. 13.)  On February 10, 2014, Plaintiff filed a first amended complaint, along with a motion to proceed in forma pauperis.  (ECF Nos. 14, 15.)  On February 14, 2014, the Court dismissed Plaintiff's first amended complaint for failure to state a claim and closed this action.  (ECF Nos. 16, 17.)

Plaintiff's instant application to proceed in forma pauperis is unnecessary.  The Court granted Plaintiff's previous application to proceed in forma pauperis on October 23, 2012, and this action is now closed.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis, filed on February 12, 2014, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **February 18, 2014**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE